

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2018

No. 04-17-00792-CV

**IN THE INTEREST OF A.A., N.A., A.A., AND A.A., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15960
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The court reporter has filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. In addition, appellant is ORDERED to provide written proof to this court **within ten days** of the date of this order that the reporter's record has been designated. *See* TEX. R. APP. P. 35.3(c); 34.6(b); 35.3(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court